DONALD THOMSEN v.
PRISON CLASSIFICATION COMMITTEE.

January 29, 1976. Petition for certification denied.

BRENDA ISHMAN v. ANN KLEIN, COMMISSIONER OF NEW JERSEY DEPARTMENT OF INSTITUTIONS AND AGENCIES.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER WALKER.

January 29, 1976. Petition for certification denied.

FRANK S. WAITS v.
NEW JERSEY STATE PAROLE BOARD.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE WILLIAMS.

January 29, 1976. Petition for certification denied.

LOCAL 195, AMERICAN FEDERATION OF TECHNICAL EN-GINEERS v. STATE OF NEW JERSEY.

January 29, 1976. Petition for certification denied.